CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 29 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL A. RIGOLE,** | ) | **CASE NO. 7:12CV00230** |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **VA DOC SUSSEX I STATE PRISON,** | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice for failure to exhaust state court remedies; the accompanying petition for a writ of coram nobis and petitioner's other pending motions are **DISMISSED** without prejudice; and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The clerk is **DIRECTED** to return petitioner's original documents to him, in case he wishes to submit them with a petition for a writ of habeas corpus to the Supreme Court of Virginia.

**ENTER**: This 29th day of May, 2012.

_____
Chief United States District Judge